**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:    BMB Dining Services (Willowbrook), Inc. and RCI Hospitality, Inc. v. Willowbrook I Shopping Center L.L.C., Leon Vahn; Capital Realty Group. Inc. and Brant Widener

Appellate case number:    01-19-00306-CV

Trial court case number:    2015-20985

Trial court:    333rd District Court of Harris County

It is ordered that the motion for rehearing is **denied**.

Judge's signature:    /s/ Veronica Rivas-Molloy_____
☑ Acting for the Court

Panel consists of Justices Countiss, Rivas-Molloy, and Guerra.

Date:    ___October 7, 2021_____